IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NANCY MALONEY, et al.,              )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    1:06CV00124
                                    )
DISCIPLES LIMITED, LLC , COLVIN     )
ENTERPRISES, INC., and JOHN K.      )
COLVIN,                             )
                                    )
        Defendants.                 )

JUDGMENT

For the reasons set forth in a contemporaneously filed Memorandum Opinion, it is ORDERED that Plaintiffs Motion for Default Judgment is GRANTED, and Plaintiffs are entitled to judgment in the amount of $ 9,101,919.15, representing the total loss of each Plaintiff trebled pursuant to the UDTPA, which shall be distributed to the Plaintiffs according to the itemized list contained in Schedule A to the Smith Affidavit. [Doc. #30].

The Court declines to award attorneys' fees pursuant to the UDTPA. Plaintiffs are awarded costs in the amount of $4,175.00. Therefore, default judgment shall be entered against the Defendants in the amount of $ 9,106,094.15.

This the day of July 19, 2007

                                        /s/ N. Carlton Tilley, Jr.
                                        United States District Judge